AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Norberto CANTU<br>COB: United States<br>YOB: 1993<br><br>*Defendant(s)* | Case No. 7:22-mj-2001<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1324(a)(1)(A)(iii) | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation in furtherance of such violation of law to wit: a barn in Weslaco, TX |

This criminal complaint is based on these facts:

See attachment "A"

United States District Court
Southern District of Texas
FILED

OCT 13 2022

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

*Complaint approved by AUSA D. Chung*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/s/ Jose Alvarado
*Complainant's signature*

Jose Alvarado, HSI Task Force Officer
*Printed name and title*

Date: 10/13/22 – 1:03pm

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

## Attachment A

On or about September 06, 2022, a concerned citizen reported to deputies of the Hidalgo County Sheriff's Office (HCSO) that Norberto CANTU had parked a tractor trailer at a property in Weslaco, TX, and that the trailer had approximately 90 people inside. The concerned citizen gave law enforcement consent to enter and search the property. Homeland Security Investigations (HSI) Task Force Officers (TFOs) and Special Agents (SAs) received a call for investigative assistance and responded to the location.

As law enforcement approached the property, they observed several people running into a barn located in the back of the property. Law enforcement also observed a tractor trailer near the barn. Inside the barn, law enforcement discovered 84 undocumented non-citizens (UNCs) who were all determined to be illegally present in the United States.

Marvin PEREZ-Esquivel, a citizen and national of Guatemala, stated that he had crossed the Rio Grande River illegally to be in the United States. PEREZ also stated that he was one of the 84 UNCs that were transported the previous night in the tractor trailer to the property where they were apprehended. PEREZ identified CANTU through a photo line-up as the person in charge of the smuggling arrangement. PEREZ further described CANTU as giving orders to other smugglers at the barn and that CANTU took identification cards from the UNCs.

Katy GUEVARA-Lopez, a citizen and national of Honduras, stated that she had crossed the Rio Grande River illegally to be in the United States. GUEVARA stated that she was transported the previous night in the tractor trailer located at the property where she was apprehended. GUEVARA stated that when she was taken to the barn, there were several other smugglers already present wearing baseball caps and masks. GUEVARA stated that one of the male individuals had white complexion, short hair and tattoos on both arms, which matched the description of CANTU.